UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSIE RAY-LYNN HORN, CDCR #AX-3772,<br><br>                              Plaintiff,<br><br>vs.<br><br>DELATORI, Correctional Officer,<br><br>                              Defendant. | Case No.: 25cv2404-BEN (KSC)<br><br>**ORDER DISMISSING ACTION FOR FAILURE TO STATE A CLAIM AND FAILURE TO PROSECUTE** |

On September 10, 2025, Plaintiff Jessi Ray-Lynn Horn, a state prisoner proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983, along with a Motion to proceed in forma pauperis ("IFP"). (ECF Nos. 1-2.) On October 2, 2025, the Court granted Plaintiff leave to proceed IFP and dismissed the Complaint without prejudice for failure to state a claim. (ECF No. 4.) Plaintiff was instructed that unless he filed an amended complaint on or before November 17, 2025, the Court would enter a final Order dismissing this civil action based both on Plaintiff's failure to state a claim upon which relief can be granted pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii) & 1915A(b)(1), and failure to prosecute in compliance with a court order requiring amendment. (*Id.* at 6-7, citing *Lira v. Herrera*, 427 F.3d 1164, 1169 (9th Cir. 2005) ("If a plaintiff does not take advantage of the

opportunity to fix his complaint, a district court may convert the dismissal of the complaint into dismissal of the entire action.""))

As of the date of this Order Plaintiff has not filed an amended complaint, nor has he contacted the Court. Accordingly, the Court **DISMISSES** this action for failure to state a claim upon which relief can be granted pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii) & 1915A(b)(1), and for failure to prosecute. The Clerk of Court shall enter final judgment accordingly and close the file.

**IT IS SO ORDERED.**

Dated: January 6, 2026

Hon. Roger T. Benitez
United States District Court